

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LENISE SMITH | CIVIL ACTION NO. 08-1682 |
| -vs- | JUDGE DRELL |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Magistrate Judge's Report and Recommendation previously filed herein, and after independent (de novo) review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Plaintiff's appeal is DENIED, and the final decision of the Commissioner is AFFIRMED.

SIGNED on this 7~ day of ~~September~~ October, 2009 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE